# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| LUXOTTICA GROUP S.p.A., OAKLEY, INC., and COSTA DEL MAR, INC., <br><br> Plaintiffs, <br><br> v. <br><br> [REDACTED], [REDACTED], [REDACTED], and the OPERATOR OF WEBSITE [REDACTED], <br><br> Defendants. | Case No. 21-cv-05078 <br><br> **Judge Virginia M. Kendall** <br><br> **Magistrate Judge Sheila M. Finnegan** |

## PLAINTIFFS' MOTION FOR ELECTRONIC SERVICE OF PROCESS PURSUANT TO FED. R. CIV. P. 4(f)(3)

Plaintiffs Luxottica Group S.p.A., Oakley, Inc., and Costa Del Mar, Inc. (collectively, "Plaintiffs") seek this Court's authorization to effectuate service of process by e-mail and electronic publication in an action arising out of 15 U.S.C. § 1114 and Section 43(a) of the Lanham Act, 15 U.S.C. § 1125(a). A Memorandum of Law in Support is filed concurrently with this Motion.

Dated this 28th day of September 2021.   Respectfully submitted,

/s/ Justin R. Gaudio
Amy C. Ziegler
Justin R. Gaudio
Allyson M. Martin
Thomas J. Juettner
Greer, Burns & Crain, Ltd.
300 South Wacker Drive, Suite 2500
Chicago, Illinois 60606
312.360.0080 / 312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
amartin@gbc.law
tjjuettner@gbc.law

*Counsel for Plaintiffs*
*Luxottica Group S.p.A., Oakley, Inc., and Costa Del Mar, Inc.*