IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LUXOTTICA GROUP S.p.A., OAKLEY, INC., and COSTA DEL MAR, INC, <br><br> Plaintiffs, <br><br> v. <br><br> YIWU CUTE JEWELRY CO., LTD., ANDY CHOU, LIZHI ZHOU, and the OPERATOR OF WEBSITE CJDROPSHIPPING.COM, <br><br> Defendants. | Case No. 1:21-cv-05078 <br><br> Judge Virginia M. Kendall <br><br> Magistrate Judge Sheila M. Finnegan |

## JOINT MOTION TO STAY

Plaintiffs Luxottica Group S.p.A., Oakley, Inc., and Costa Del Mar, Inc (collectively "Plaintiffs"), and Defendants Yiwu Cute Jewelry Co., Ltd., Andy Chou, Lizhi Zhou, and Operator of Website cjdropshipping.com (collectively "Defendants"), jointly move the Court for entry of an order staying all deadlines in this matter for 14 days because Plaintiffs and Defendants (collectively referred to as the "Parties") have reached a settlement agreement in principal and need additional time to finalize the agreement. The Parties request this stay, not for the purposes of any delay, but so that they may finalize the settlement agreement and file dismissal papers without incurring additional expenses.

DATED November 4, 2021.                Respectfully submitted,

By: */s/ Timothy T. Wang*
Timothy T. Wang
Texas Bar No. 24067927
twang@nilawfirm.com
**NI, WANG & MASSAND, PLLC**
8140 Walnut Hill Ln., Ste. 500

1

        Dallas, TX 75231
Tel: (972) 331-4600
Fax: (972) 314-0900

**ATTORNEY FOR DEFENDANTS**

By: */s/ Justin R. Gaudio*
Amy C. Ziegler
Justin R. Gaudio
Allyson M. Martin
Thomas J. Juettner
**GREER, BURNS & CRAIN, LTD.**
300 South Wacker Drive, Suite 2500
Chicago, Illinois 60606
312.360.0080 / 312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
amartin@gbc.law
tjjuettner@gbc.law

**ATTORNEYS FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

      I hereby certify that on the 4th day of November, 2021, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Northern District of Illinois, Eastern Division, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

        */s/ Timothy T. Wang*
Timothy T. Wang