**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| LUXOTTICA GROUP S.p.A., OAKLEY, INC., and COSTA DEL MAR, INC, <br><br> Plaintiffs, <br><br> v. <br><br> YIWU CUTE JEWELRY CO., LTD., ANDY CHOU, LIZHI ZHOU, and the OPERATOR OF WEBSITE CJDROPSHIPPING.COM, <br><br> Defendants. | Case No. 1:21-cv-05078 <br><br> **Judge Virginia M. Kendall** <br><br> **Magistrate Judge Sheila M. Finnegan** |

## NOTICE OF MOTION

Please take notice that on Wednesday, November 10, 2021, at 9:00 am., Plaintiffs Luxottica Group S.p.A., Oakley, Inc., and Costa Del Mar, Inc (collectively "Plaintiffs"), and Defendants Yiwu Cute Jewelry Co., Ltd., Andy Chou, Lizhi Zhou, and Operator of Website cjdropshipping.com (collectively "Defendants"), by their counsel, shall appear before, or if allowable, telephonically, the Honorable Judge Virginia M. Kendall, in Courtroom 2503 at the U.S. District Court for the Northern District of Illinois, 219 South Dearborn Street, Chicago, Illinois, and present Plaintiffs' and Defendants' Joint Motion to Stay.

DATED November 4, 2021.

Respectfully submitted,

By: */s/ Timothy T. Wang*
Timothy T. Wang
Texas Bar No. 24067927
twang@nilawfirm.com
**NI, WANG & MASSAND, PLLC**
8140 Walnut Hill Ln., Ste. 500
Dallas, TX 75231
Tel: (972) 331-4600

1

Fax: (972) 314-0900

**ATTORNEY FOR DEFENDANTS**

By: */s/ Justin R. Gaudio*
Amy C. Ziegler
Justin R. Gaudio
Allyson M. Martin
Thomas J. Juettner
G̲R̲E̲E̲R̲, B̲U̲R̲N̲S̲ & C̲R̲A̲I̲N̲, L̲T̲D̲.
300 South Wacker Drive, Suite 2500
Chicago, Illinois 60606
312.360.0080 / 312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
amartin@gbc.law
tjjuettner@gbc.law

**ATTORNEYS FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

I hereby certify that on the 4th day of November, 2021, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Northern District of Illinois, Eastern Division, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

*/s/ Timothy T. Wang*
Timothy T. Wang